IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PETER BEASLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:22-cv-00532-X-BT |
| § | |
| GREGORY GREENLEE et al., § | |
| § | |
| Defendants. § | |

## ORDER STAYING DISCOVERY AND OTHER DEADLINES

In its discretion, the Court finds good cause to GRANT Defendants' Motion to Stay Discovery (ECF No. 79) and ORDERS that all unexpired deadlines pertaining to the completion of discovery and the filing of dispositive motions set forth in the Court's Pretrial Scheduling Order (ECF No. 51) are hereby STAYED pending disposition of Defendants' Rule 12(c) motion for judgment on the pleadings (ECF No. 78). *Primesource Bldg. Prod., Inc. v. Lee Grp. Int'l, Inc.*, 2020 WL 6140462, at *1 (N.D. Tex. Aug. 12, 2020) (Starr, J.) ("A district court has broad discretion and inherent power to stay discovery for good cause until preliminary questions that may dispose of the case are determined.") (quoting *Fujita v. United States*, 416 F. App'x 400, 402 (5th Cir. 2011) (quotation marks omitted).

The Court has made a "cursory examination" of Defendants' Rule 12(c) motion and finds that the arguments are not frivolous and merit serious consideration. If Defendants' arguments are valid, all of Plaintiff's claims may be dismissed with prejudice. Further, because Plaintiff does not need any discovery

to respond to Defendants' Rule 12(c) motion, a temporary stay of discovery will not unduly delay the litigation.

The Court will enter an amended scheduling order setting forth new deadlines for the completion of discovery and the filing of dispositive motions, if appropriate, after the District Court considers the undersigned's anticipated Findings, Conclusions, and Recommendation on Defendants' 12(c) motion.

In view of this stay, Plaintiff's Motion to Compel Defendant Rondalynne McClintock to be Deposed (ECF No. 77) is DENIED without prejudice. Also, Defendants' Motion for Protective Order (ECF No. 81) is MOOT, and is hereby terminated as such.

**SO ORDERED.**

January 17, 2022.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE