UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER BEASLEY, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 3:22-CV-0532-X-BT |
| GREGORY GREENLEE, et al., | § § § | |
| *Defendant.* | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 116). Magistrate Judge Rebecca Rutherford recommends granting Defendants' motion for judgment on the pleadings (Docs. 78, 83), finding Plaintiff's motion for partial summary judgment (Doc. 98) moot, and dismissing Plaintiff's claims with prejudice. (Doc. 116 at 25). Plaintiff filed an objection. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** Defendants motion for judgment on the pleadings, (Docs. 78, 83), **FINDS AS MOOT** Plaintiff's motion for partial summary judgment (Doc. 98), and

1

**DISMISSES WITH PREJUDICE** all of Plaintiff's claims in this case.

**IT IS SO ORDERED** this 16th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE